# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/6/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR05-00052SOM

CASE NAME:      USA v. (01) Jason Beauregard Mitchell

ATTYS FOR PLA:      Michael Kawahara

ATTYS FOR DEFT:      (01) Alvin Nishimura

INTERPRETER:

JUDGE:      Kevin S. C. Chang      REPORTER:      FTR C5

DATE:      2/6/2006      TIME:      11:07-11:33:43am

COURT ACTION:  EP: EP: Motion For Withdrawal of Not Guilty Plea and to Plead Anew.  Defendant present, in custody.

Defendant sworn, questioned by the Court.  Consent to Rule 11 Plea In a Felony Case Before United States Magistrate signatures verified.  Memorandum of Plea Agreement signatures verified.  Court informs Defendant of sentencing guidelines, possible departure from sentencing guidelines, supervised release, etc.

Defendant does not agree to some of the facts set out in the plea agreement.  Court has reservations as to the factual basis to entertain the plea.

Original Consent and Plea Agreement returned to counsel

Jury Trial date of 3/21/06 at 9:00am before Judge Mollway put back on the calendar.  Final Pretrial Conference date of 2/21/06 at 10:00am before Judge Chang put back on the calendar

Defendant remanded to the custody of the USMS.

Submitted by: Shari Afuso, Courtroom Manager