# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/6/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR05-00052SOM |
| CASE NAME: | USA v. (01) Jason Beauregard Mitchell |
| ATTYS FOR PLA: | Michael Kawahara |
| ATTYS FOR DEFT: | (01) Alvin Nishimura |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 2/6/2006 | TIME: | 3:15-3:25:58pm |

COURT ACTION:  EP: EP: Motion For Withdrawal of Not Guilty Plea and to Plead Anew.  Defendant present, in custody.

Defendant wishes to continue with his Change of Plea this afternoon.

Court advised defendant this he is still under oath.  Court continues colloquy with defendant.

Consent to Rule 11 Plea In a Felony Case Before United States Magistrate signatures filed.  Memorandum of Plea Agreement filed.  Court informs Defendant of sentencing guidelines, possible departure from sentencing guidelines, supervised release, etc.

Plea of Guilty as to Count 1 of the Indictment entered by the Defendant.  R&R signed, with 10 days to object.  Pre-Sentence report ordered from USPO.

SENTENCING as to Count 1 of the Indictment set for 5/25/06 at 2:15 p.m. before Judge Mollway.

The following dates are hereby vacated:
Jury Trial, 3/21/06, 9:00am before Judge Mollway
Final Pretrial Conference, 2/21/06, 10:00am before Judge Chang

Defendant remanded to the custody of the USMS.

Submitted by: Shari Afuso, Courtroom Manager