ORIGINAL

EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA 1460
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone:  (808)541-2850
Facsimile:  (808)541-2958
Mike.Kawahara@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 6 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00052-01 SOM |
| | ) | |
| Plaintiff, | ) | CONSENT TO RULE 11 PLEA IN |
| | ) | A FELONY CASE BEFORE UNITED |
| vs. | ) | STATES MAGISTRATE JUDGE |
| | ) | |
| JASON BEAUREGARD MITCHELL, (01), | ) | |
| | ) | |
| Defendant. | ) | |

CONSENT TO RULE 11 PLEA IN A FELONY
CASE BEFORE UNITED STATES MAGISTRATE JUDGE

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge. I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to the Magistrate Judge conducting the proceedings required by Rule 11, Fed.R.Crim.P., incident to the making of such plea. I understand that if the United States

Magistrate Judge recommends that the plea of guilty be accepted, a presentence investigation and report will be ordered pursuant to Rule 32, Fed.R.Crim.P.  I further understand that the assigned United States District Judge will then act on the Magistrate Judge's Report and Recommendation; and, if the plea of guilty is accepted, will adjudicate guilt and schedule a sentencing hearing at which the District Judge will decide whether to accept or reject any associated plea agreement, and will determine and impose sentence.

DATED: February 6, 2006, at Honolulu, Hawaii.

_____
JASON BEAUREGARD MITCHELL
Defendant

_____
ALVIN K. NISHIMURA
Attorney for Defendant

APPROVED:

_____
MICHAEL K. KAWAHARA
Assistant U.S. Attorney