IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 05-00052SOM |
| Plaintiff(s), ) | |
| vs. ) | |
| ) | Date Filed: 03/10/06 |
| Jason Beauregard Mitchell, ) | |
| Defendant(s). ) | |

## THIS IS A SEALED DOCUMENT

ORIGINAL TO BE STORED IN A SEPARATE FILE

TITLE OF DOCUMENTS:

APPLICATION Regarding Custody  - by USA [SEALED]



SEALED BY ORDER OF THE COURT

DOCUMENT NO.  74