IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 05-00052SOM |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | Date Filed: 03/13/06 |
| Jason Beauregard Mitchell, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

## THIS IS A SEALED DOCUMENT

ORIGINAL TO BE STORED IN A SEPARATE FILE

TITLE OF DOCUMENTS:

ORDER Regarding Custody - by USA [SEALED]



SEALED BY ORDER OF THE COURT

DOCUMENT NO. 79