EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA  1460
Assistant U.S. Attorney
Room 6100, PJKK Federal Bldg.
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone: 541-2850
Facsimile: 541-2958
Mike.Kawahara@usdoj.gov

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00052-01 SOM |
| ) | |
| Plaintiff,  ) | GOVERNMENT'S SENTENCING |
| ) | STATEMENT; CERTIFICATE OF |
| vs.    ) | SERVICE |
| ) | |
| JASON BEAUREGARD MITCHELL, ) | Date:   May 26, 2006 |
| ) | Judge:  Hon. Susan Oki Mollway |
| Defendant.   ) | |
| _____) | |

GOVERNMENT'S SENTENCING STATEMENT

The government has no objections to the proposed pre-sentence report.

DATED: April 6, 2006, at Honolulu, Hawaii.

                                  EDWARD H. KUBO, JR.
                                  United States Attorney
                                  District of Hawaii


                                By /s/ Michael K. Kawahara
                                   MICHAEL K. KAWAHARA
                                   Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Alvin P.K.K. Nishimura     aknlaw@verizon.net   April 6, 2006

    Attorney for defendant
    Jason Beauregard Mitchell

Served by hand-delivery:

Probation Officer                                April 6, 2006
300 Ala Moana Blvd.,
Box 50111, Rm. C-126
Honolulu, HI  96850


                                      /s/ Rowena N. Kang