ORIGINAL

Alvin Kaohu Nishimura 3971
P.O. Box 4510
Kaneohe, HI 96744-8510
522-6529
522-6530 fax

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 14 2006

at _____ o'clock and ___ min. ___M
SUE BEITIA, CLERK

Attorney for Defendant JASON BEAUREGARD MITCHELL

LODGED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

JUL 11 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>  vs.<br><br>JASON BEAUREGARD MITCHELL,<br><br>        Defendant(s). | CR. NO. 05-0052 SOM<br><br>STIPULATION AND ORDER<br>CONTINUING DEFENDANT JASON<br>BEAUREGARD MITCHELL'S<br>SENTENCING DATE<br><br>**Sentencing date:**<br>**Sentencing time:**<br>**Judge: The Honorable Susan Oki**<br>**Mollway** |

## STIPULATION AND ORDER CONTINUING
## DEFENDANT JASON BEAUREGARD MITCHELL'S SENTENCING DATE

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein

that Defendant JASON BEAUREGARD MITCHELL's sentencing date previously

scheduled for July 3, at 3:150 p.m. before the Honorable Susan Oki Mollway, Judge of the

United States District Court, District of Hawaii, be continued to the following date and time:

September 7, 2006 at 2:15 P.M..

IT IS SO STIPULATED:

DATED:  Honolulu, Hawai'i, June 27, 2006                    .

_____
ALVIN KAOHU NISHIMURA
Attorney for Defendant
JASON BEAUREGARD MITCHELL

1

MIKE KAWAHARA
Attorney for Plaintiff
UNITED STATES OF AMERICA

IT IS APPROVED AND SO ORDERD:

DATED: Honolulu, Hawaii, 7/14/06 .

SUSAN OKI MOLLWAY
United States District Judge
District of Hawaii

USA v. JASON BEAUREGARD MITCHELL  Cr. No. **05-0052 som**
STIPULATION AND ORDER CONTINUING DEFENDANT DWAYNE AHAKUELO'S
SENTENCING DATE