EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA  1460
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  541-2850
Facsimile:  541-2958
Mike.Kawahara@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-0052SOM-01 |
| | ) | |
| Plaintiff, | ) | MOTION FOR DEPARTURE DOWNWARD |
| | ) | IN SENTENCING DEFENDANT |
| VS. | ) | (**JASON BEAUREGARD MITCHELL**) |
| | ) | |
| JASON BEAUREGARD | ) | |
| MITCHELL, (01) | ) | Sentencing date: 9/7/06 at |
| RICK RICCETTI, (02) | ) | 2:15 p.m., before the Hon. |
| ANTHONY STEVEN LONG, (03) | ) | Susan Oki Mollway, U.S. |
| | ) | District Judge |
| Defendants. | ) | |
| _____ | ) | |

**MOTION FOR DOWNWARD DEPARTURE
IN SENTENCING DEFENDANT
[JASON BEAUREGARD MITCHELL]**

The United States of America, by and through its undersigned counsel, hereby moves this Honorable Court to depart downwards in imposing sentence upon defendant Jason Beauregard Mitchell, due to his substantial assistance to and cooperation with law enforcement authorities in the investigation or prosecution of other persons who have committed an offense.

This motion is made pursuant to U.S. Sentencing Commission Guideline 5K1.1, and is based upon the information contained in

the sealed "Factual Basis for Motion for Departure Downward in Sentencing Defendant", filed concurrently herewith.

    DATED:  Honolulu, Hawaii, September 5, 2006.

                                       EDWARD H. KUBO, JR.
                                       United States Attorney
                                       District of Hawaii


                                   By <u>/s/ Michael K. Kawahara</u>
                                       MICHAEL K. KAWAHARA
                                       Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Mr. Alvin Nishimura aknlaw@verizon.net   September 6, 2006

   Attorney for Defendant
   Jason Beauregard Mitchell

Served by hand-delivery:

Probation Officer                           September 6, 2006
300 Ala Moana Blvd.,
Box 50111, Rm. C-126
Honolulu, HI  96850


                                            /s/ Rowena N. Kang